IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACK GORDON GREENE                                                    PLAINTIFF
SK #922

v.                          No. 4:21-cv-211-DPM

ASA HUTCHINSON, Governor,
State of Arkansas; SOLOMON
GRAVES, Director, Dept. of
Correction; and LISA G. PETERS,
Director, Federal Public Defender's Office                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, *Doc. 8*, and overrules Greene's objections, *Doc. 9*. FED. R. CIV. P. 72(b)(3). Greene's complaint and amended complaint will be dismissed without prejudice for failure to state a claim. The Court recommends that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 May 2021