IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACK GORDON GREENE**  PLAINTIFF
**SK #922**

v.  No. 4:21-cv-211-DPM

**ASA HUTCHINSON**, Governor,
State of Arkansas; **SOLOMON
GRAVES**, Director, Dept. of
Correction; and **LISA G. PETERS**,
Director, Federal Public Defender's Office  DEFENDANTS

## JUDGMENT

Greene's complaint and amended complaint are dismissed without prejudice.

*/s/ DPMarshallJr.*
D.P. Marshall Jr.
United States District Judge

20 May 2021