# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANAS
## CENTRAL DIVISION

JACK GORDON GREENE                                                PLAINTIFF
SK #922

v.                          No. 4:21-cv-211-DPM

ASA HUTCHINSON, Governor,
State of Arkansas; SOLOMON
GRAVES, Director, Dept. of
Correction; and LISA G. PETERS,
Director, Federal Public Defender's Office                        DEFENDANTS

## ORDER

Notice, *Doc. 23*, appreciated. Greene is correct that he is owed $40.00 for overpayment on the filing and administrative fees in this case. The Clerk of Court will send the overpaid funds to the Arkansas Division of Correction the next time refunds are issued. That is scheduled to happen in November.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2021