## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANAS
## CENTRAL DIVISION

**JACK GORDON GREENE**                                                    **PLAINTIFF**
**SK #922**

v.                                    **No. 4:21-cv-211-DPM**

**ASA HUTCHINSON, Governor,**
**State of Arkansas;  SOLOMON**
**GRAVES, Director, Dept. of**
**Correction;  and LISA G. PETERS,**
**Director, Federal Public Defender's Office**          **DEFENDANTS**

### ORDER

**1.** Second notice, *Doc. 27*, appreciated.   Rather than sending individual checks each time a filing fee payment is withdrawn from an inmate account, the Arkansas Department of Correction sends the Clerk of Court a single check periodically for funds collected in many cases.  The Clerk advises that there is often some lag between when the funds are withdrawn by the ADC and when they are received by the Clerk.   As of 1 November 2021, the Clerk hadn't yet received the September and October funds from the ADC to refund to Greene.  The Clerk will, however, process the refund when the money is received.

**2.** The Court directs the Clerk to send a copy of this Order to the Arkansas Division of Correction Trust Fund Centralized Banking Office, the ADC Compliance Division, and the Warden of the Varner SuperMax Unit.

So Ordered.

_D.P. Marshall Jr._
United States District Judge

_17 November 2021_